IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

        v.                    Crim. No. 10-60034

TRACY T. YOUNG                                DEFENDANT/MOVANT

## ORDER

Now on this 26th day of March 2013, there comes on for consideration the report and recommendation filed herein on February 28, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 37). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (doc. 33) is DENIED and DISMISSED WITH PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge